ART TORLUCCI
**FULL NAME**
CALIFORNA STATE PRISON
**COMMITTED NAME (if different)**
SACRAMENTO
**FULL ADDRESS INCLUDING NAME OF INSTITUTION**
P.O.B. 29060
REPRESO, CA 95671
**PRISON NUMBER (if applicable)**
K-33910

# FILED

### JUL 0 1 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (SAC) DIV.

ARTHUR TORLUCCI

**PLAINTIFF,**

v.

JETHS WARDEN MERTHER

**DEFENDANT(S).**

**CASE NUMBER**

2:14 CV 1554 DAD (PC)
*To be supplied by the Clerk*

### CIVIL RIGHTS COMPLAINT
**PURSUANT TO** *(Check one)*
☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☑ Yes   ☐ No

2. If your answer to "1." is yes, how many? *Too may*

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

   Many Habeas in state courts
   Los Kern county into CA-supreme of
   Federal 1983' Habeas F.A.C.U.P. And Gold Co
   etc.

---

a. Parties to this previous lawsuit:
Plaintiff _People of CA._

Defendants _CDCR_

b. Court _9th Cir._

c. Docket or case number _18-16228_

d. Name of judge to whom case was assigned _Carter_

e. Disposition (For example: Was the case dismissed?  If so, what was the basis for dismissal?  Was it appealed?  Is it still pending?) _Pending_

f. Issues raised: _Noted for Style Cell Status_
_Bed 200/ Cell Fen_

g. Approximate date of filing lawsuit: _2013_

h. Approximate date of disposition _Pending b 9th Cir._

## B.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred?  ☑ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint?  ☑ Yes   ☐ No

   If your answer is no, explain why not _____

   _____

   _____

3. Is the grievance procedure completed?  ☑ Yes   ☐ No

   If your answer is no, explain why not _____

   _____

4. Please attach copies of papers related to the grievance procedure.  _See Ex H_

## C.  JURISDICTION

This complaint alleges that the civil rights of plaintiff _Arthur Torlucci_
(print plaintiff's name)

who presently resides at _CSP-Sac P O B 2 9 0066 Represa CA 95671_
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
_CSP-Sac_
(institution/city where violation occurred)

on (date or dates) 11-27-12, To PRESENT

(Claim I)    (Claim II)    (Claim III)

**NOTE:**    You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant DR. HAMKAR, CMO etc.. resides or works at
   (full name of first defendant)
   esp. SAC 100 Prison RD., REPESA, CA 95671
   (full address of first defendant)
   A-YARD MD. of HIS POST CMO
   (defendant's position and title, if any)    of SAN JOAQUIN HOSPITAL

The defendant is sued in his/her (Check one or both): ☑ individual    ☑ official capacity.

Explain how this defendant was acting under color of law:
HE IS NOT SENDING ME TO A CARDIOLOGIST FOR MY HEART
MURMURS OR ASCENDING AORTA ANEURYSM OR TREATLY
ME W/ BLOOD PRESSURE MEDI - OR APPOINT SURGERY SURGEON

2. Defendant RN BONNIE SWIFT. resides or works at
   (full name of first defendant)
   100 PRISON RD. REPRISA CA 95671
   (full address of first defendant)
   DR. HAMKAR MD., RN BONNIE SWIFT.
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual    ☑ official capacity.

Explain how this defendant was acting under color of law:
SHE/HE TRANSCRIPT told me NO HEART MURMURS WERE FOUND
IN MY SAN ECHOGRAM AT DR JOAQUIN HOSPITAL SHE SAW ON COMPUTER

3. Defendant SAN JOAQUIN HOSPITAL resides or works at
   (full name of first defendant)
   SAN JOAQUIN SAC.
   (full address of first defendant)
   CARDIOLOGI HEAD OF HOSPITAL
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual    ☐ official capacity.

Explain how this defendant was acting under color of law:
DR. HAMKAR CLAIMS THAT TED RESULTS ARE
STILL NOT IN SENT TO CRI-POI FROM
JAN. 2014. TO DO A Follow-up WITH A
CARDIOLOGIST, MAYON A CAT SCAN, etc..

CHCP PSYCH 2 PSYCHIATRIS

4. **Defendant** DR. CHICF PSYCH OR SCHMIDT _____ resides or works at
   (full name of first defendant)
   100 THICKU RUN.
   (full address of first defendant)
   CHICF PSYCHIATRIST.
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:
REFUSING BENZO DIAZAPINE FOR ANGINA
ATTACKS - ATYPICAL CHEST PAIN & SPECIFIC
PHOBIA - BOSCTFS -

5. **Defendant** _____ resides or works at
   (full name of first defendant)
   WANDA VENA
   (full address of first defendant)
   PART OF THE COLEMAN TEAM IN
   (defendant's position and title, if any) HEAD QUARTER)

The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:
HAVING ME IN A PSY OUT W NO PSYCH
MEDS WHAT SO OVER - SENT HERE
FROM CCI TEHOCHAPI SPECIAL
TRANSPORT AS A HIGH RISK MEDICAL
I'M FOR OUTSIDE HOSPITALS & SPECIALTY
CLINICS. WAS SHU NOT PSU.
NOW BEING SENT BACK TO CCI ON
CORCORAN (WHERE I WAS RAPED, MY HEP-C
MEDS PULLED & RENEWED MY HEP-C CURE)
& NO SPECIAL TRANSPORT. ONLY FOR
BUS THERAPY TO THERAPY W/
LAW SUITS ON CSP-SOL!
6) FOR REFUSING TO PROCESS MY RECALL OF COMMITMENT (SENTENCE)

Al ett U. Seven Lines, 229 F. 3d 220
(3rd ch 2000)

**D. CLAIMS***

**CLAIM I**

8TH Amed Violotu.s UNCccssary & wanton

The following civil right has been violated:

implication of law — A TYPICAL Hardship U1A Serious MD.

NEED — A TYPICAL CHEST PAIN ANGINA & DENIAL of BEDODIAZAPINE FOR SPECIFIC PHOBIGA: PANIC-RESIS; PANA CONNESIS THAT TRIGGERS ANGINA — RISKING EXPLOSIN of MY HEART (WITH MURMURS) & AORTA (WITH ASCENTING THORATIC AORTA ANNEURISM). THE CSP-SAC PRISON DOCTOR & SAN JUAQUIN HOSPITAL DOCTOR SAY I NEED A CANNULOSIS BUT DR. HOMKAA W CSP-SAC IS JUST NOT SENDING ME TO SEE ONE. ESTELL 429 US. at 104, Jett V. PENNER, 439 F.3d 1091, 1096 (9TH Cir. 2006). COMPLICATES by CHRONIC DIABETES, HEP-C & HYPERTENSION ALSO Naylefto. SMITH V. CARPENTER, 316 F.3d 178(2d CIR 2003). 9 DELIBERATE INDIFFERENCE FAILURE TO RESPOND TO ANY of MY MEDICAL NEEDS SINCE 11-27-13 Scott V. Ambani 577 F.3d/642 (6TH Cir. 2009) SEE MEDICAL Bonds Complaint # 800 201 400 54 66 on Next page

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

FIRST & FORMOST CSP-SAC DR. HOMKAA FOR STINTING ALL MY SERIOUS MEDICAL & gaw NEEDS & MOST of MY MWUA ones TOO/ NO BLOOD TEST even & NOW NO FEELING in my 3 LEFT TOES BUT TO DIABETES & GAN-GONEER. RN BONNIE SWIFT (A TRANSEXUAL MAN TO WOMAN) SAID THE CARDIO ECHO GRAM CAME BACK FROM SAN JUAQUIN HOSPITAL & I AM OK NO NEED FOR A CARDIO Follow-up CONTRARY TO ALL MY CARDIO REPORTS FROM SUPP. RESP. & CONCORONS. SECONDLY DR. TAKEN W CCI & WKUSP /DR. ALLEN of DELO/WHO MANAGED A 2 YEAR FIGHT FOR A CARDIO CAT-SCAN FOR AORTIC ANNEURISM & THEN I GOT A ADVERSE TRANSFER & ALL the PRISON DRS STINTING I — . RN BONNIE SWIFT IS/DID NOT MAKE ANY MD LINE APPOINTMENT FOR my/UU of MINE SICK CALLS/ON OR DR. HOMKAA *If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline. MEDICAL STAFF LIKE LAST MO. APPLIANCE IN RGN RESPON & THEN REFUST TO UPDATE CHRONO of REFINAL TO RADIATORS etc.. FOR NEW ORTHO SHOES etc...



# MEDICAL BOARD OF CALIFORNIA
Central Complaint Unit



May 27, 2014

ARTHUR TORLUCCI
CSP-SACRAMENTO
PO BOX 290066
CDRC: K3390 FACILITY/BED: A-4-102
REPRESA, CA 95671

Dear ARTHUR TORLUCCI:

This is to acknowledge your recent correspondence regarding Dr. BEHROZ HAMKAR. An Enforcement Analyst will be assigned to review your complaint to determine whether additional information may be necessary to evaluate your concerns, as well as confirm that the nature of your complaint falls within our jurisdiction. Please review the enclosed brochure for information about our complaint process.

If you have additional information regarding your complaint, please send it immediately and refer to the control number shown below in your correspondence or contacts with us. You will be advised of the status of your complaint at various stages throughout the complaint review process.

We appreciate your patience and thank you for bringing your concerns to our attention.

CENTRAL COMPLAINT UNIT
MEDICAL BOARD OF CALIFORNIA

Control Number: 8002014005466

Art Tonluci...

CSP Inc
P.O. 290066
Riphin, CA 95671

USPID SOC

Art Tonluci                                    NO

before warden Mollha                    INJUNCTION

F.R.C.U.P. 65 28USC 2283-84          motion

                                        Fu special Transport
I need a special              medical care transfer
Transport to core on CCF          outer state transfer

where CMTC CSA Endorses my TO.

Ultimately I need to stay in
CSP-SAC SHU. sending
me to coreurn on CCF
SHU serves no penological
purpose. CCF sent me here y
will not keep me there. Corcorn
will not keep me because I was
rapped on single cell stary
And double cellios y cellic rapped
me///

Dory I want to stop Transfer. Pending!
        ... U stay in CSP-AZ SHU!
Spruill v. Gillis, 372 F.3d 218 (3d Cir. (C.O. 2004)) -

STATE OF CALIFORNIA
GA-22 (9/92)

INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|------|-----|------|------|
| 1/28/08 | C/C-Records | De Luca | K-33910 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | |
|---------|-----------|-----------------|------------|---|
| D8 | 122 | | FROM | TO |

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence

Can I Please get 1-copy of my Mental
& Medical Health Records From 3/1/08
To Present? Thank You

Do NOT write below this line. If more space is required write on back.

INTERVIEWED BY _____

DISPOSITION _____

DATE 3/20/08

Case 1:14-cv-01554-DAD Document 1 Filed 07/01/14 Page 9 of 52

At Torlavici ... MEDICAL CARE.

(Prisoner seeks injunction to be treated for all his serious (4 minor) medical ailments. Esp. his heart murmurs 4 ascending aortic anneurysm. This cardiologist visit was supposed to happen in Kern Valley S.P. in Jail upon arrival. After numerous (HC 602) it was granted — 4 then transfered (via special transport) to CCI 4 quashed by Dr. Tate (MDH Psych), sent me to CSP-Sac Psy for "medical reasons" access to quick outside specialist hospitals 4 Dr. Hamkar has skinted it too.

Ultimitaly I want a out-of-state transfer to a state prison who will give me single cell status (optimal is mandatory single celling) which is the root problem of alot of my Psycho somatic ailment 4 w/ a 12 year history of single cell status is a medical need for suicide preventation. And where I can get better prison medical care. This is why coming off of CCCMS is a issue/ for me since 2008 4 cdcr refuses to put as I have not been on psych meds since - 2011 4 only 6 months need to pass before CCCMS status is removed — 4 they refuse to put/ because I am a meal ticket for the psychs!

## REFUSAL OF EXAMINATION AND / OR TREATMENT

PATIENT NAME (TYPE OR PRINT CLEARLY) Torlucci       CDC NUMBER K33910       INSTITUTION KVSP

Having been fully informed of the risks and possible consequences involved in refusal of the examination and/or treatment in the manner and time prescribed for me, I nevertheless refuse to accept such examination and/or treatment. I agree to hold the Department of Corrections, the staff of the medical department and the institution free of any responsibility for injury or complications that may result from my refusal of this examination and/or treatment, specifically:

Describe the examination and/or treatment refused as well as the risks and benefit of the intervention: On 2/9/13

I/m refused PM Propanolol 10 mg -MF

| | 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: |
|---|---|---|---|
| | ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ P/I asked questions |
| | ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☑ P/I summed information |
| | ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | Please check one: |
| | ☐ DNS ☐ DDP | ☑ Basic ☐ Transcribe | ☐ Not reached ☑ Reached |
| | | ☐ Other* | *See chrono/notes |
| | 4. Comments: Ø TABE Score | | |

☐ I don't feel any different/better, so why should I take it?
☑ I just don't want to take it; no reason.
☐ I don't like taking any prescription medications.
☐ There's nothing wrong with me. I don't need pills.
☐ I have side effects I don't like when I take the medication. (Describe): _____
☐ I'm having allergic reaction to the pills. (Describe): _____
☐ No one has talked to me about my medications. (date/time of instruction) _____
☐ Someone, _____, told me not to take the pills.
☐ I have other more important things to do. _____
☐ Dr. told me be/she was going to stop the medication.
☐ Other: _____

☐ Inmate refused to come out of cell when cell door barrier removed; shut door in response.
☐ Inmate is verified to not be in adverse health status at this time by ☐ Nurse ☐ Custody Officer _____
☐ 128C to prescribing/managing PCP.

| PATIENT SIGNATURE | DATE | ☑ PATIENT REFUSES TO SIGN | DATE 2/9/13 |
|---|---|---|---|

WITNESS

| NAME OF WITNESS (PRINT/TYPE) M. Fonseca LW | NAME OF WITNESS (PRINT/TYPE) | |
|---|---|---|
| WITNESS SIGNATURE M. Fonseca LW | DATE 2/9/13 | WITNESS SIGNATURE | DATE 2/9/13 |

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH
Torlucci, Arthur
K33910
6/1/60

## REFUSAL OF EXAMINATION AND / OR TREATMENT

CDC 7225 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

Confidential Saved 2013-05-16T15:39:24Z

THE OTHER OPTION DOWN TO BROTHER SUBARING
MY LEVEL 4 TO LEVEL 3 4 SEND ME
TO CMC WHERE SINGLE CELL STATUS
WAS JUST MADE MANDATORY IN
A CERTAIN FACILITY AT CMC.

EVEN IF ONLY TEMPORARY — UNTIL
A OUT OF STATE TRANSFER TAKES
PLACE — WHETHER I MUST GO THROUGH
ADMINISTRATIVE LITIGATION OR NOT.

THIS WOLD BE THE SMART THING
TO DO, MONEY WISE IN EVERY WAY
JUDICIAL ECONOMY TOO, 4 FOR INTEREST
OF JUSTICE. AT NO-WAY IS CDCR
EVEN GOIS TO GET ME TO TAKE A
CELL-MATE — IF SO I WILL DIE.
OR HE WILL DIE — IT IS THAT SIMPLE.
DUE TO MY MENTAL ILLNESES 4 MEDICAL ALL
HISTORY THAT SHOWS THIS — DOCUMENTATIC
EXIST — 4 IT IS SKEWED. I'D
RATHER BE IN A SHU OR ADSEG THAN MAINLINE SO
OR GP ANYWAY DUE TO SOCIAL PHOBIAS, 4 MEN
CELL FOCUS TOO! GOOD.....22~..

# REFUSAL OF EXAMINATION AND / OR TREATMENT

| PATIENT NAME (Type or print clearly) | CDC NUMBER | INSTITUTION |
|---|---|---|
| Torlucci | K33910 | KVSP |

Having been fully informed of the risks and possible consequences involved in refusal of the examination and/or treatment in the manner and time prescribed for me, I nevertheless refuse to accept such examination and/or treatment. I agree to hold the Department of Corrections, the staff of the medical department and the institution free of any responsibility for injury or complications that may result from my refusal of this examination and/or treatment, specifically:

Describe the examination and/or treatment refused as well as the risks and benefit of the intervention:

Propranolol 10 m g for Bou    (2)

- [ ] I don't feel any different/better, so why should I take it?
- [x] I just don't want to take it; no reason.
- [ ] I don't like taking any prescription medications.
- [ ] There's nothing wrong with me, I don't need pills.
- [ ] I have side effects I don't like when I take the medication. (Describe)_____.
- [ ] I'm having allergic reaction to the pills. (Describe)_____
- [ ] No one has talked to me about my medications. (date/time of instruction)_____
- [ ] Someone, _____, told me not to take the pills.
- [ ] I have other more important things to do._____
- [ ] Dr. told me he/she was going to stop the medication
- [ ] Other:_____

- [ ] Inmate refused to come out of cell when cell door barrier removed; shut door in response.
- [ ] Inmate is verified to not be in adverse health status at this time by: [ ] Nurse_____ [ ] Custody Officer_____
- [ ] 128C to prescribing/managing PCP.

| PATIENT SIGNATURE | DATE | [x] PATIENT REFUSE TO SIGN | DATE 2/9/13 |
|---|---|---|---|
| NAME OF WITNESS (PRINT / TYPE) S. Leisenfelt | | NAME OF WITNESS (PRINT / TYPE) CANADA um | DATE 2/9/13 |
| WITNESS SIGNATURE | DATE 2/9/13 | WITNESS SIGNATURE Canada | DATE |

---

## REFUSAL OF EXAMINATION AND / OR TREATMENT

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: |
|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ P/I asked questions |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ P/I summed information |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | Please check one: |
| ☐ DNS ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached* ☐ Reached |
| ☒ No Tabe score Other* | | *See chrono/notes |
| 4. Comments: | | |

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Torlucci
K33910
6-1-1960

CDC7225 (Rev 04/03)
State of California          Department of Corrections

Confidential Saved 2013-05-16T15:39:24Z



# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

**Date:**   JUN - 2 2014

**To:**   TORLUCCI, ARTHUR (K33910)
California State Prison – Sacramento
P.O. Box 29
Represa, CA 95671-0002

**From:**   California Correctional Health Care Services
Inmate Correspondence and Appeals Branch
P.O. Box 588500
Elk Grove, CA 95758

**Tracking/Log # :**   SAC HC 13028796

This appeal was reviewed by Inmate Correspondence and Appeals Branch staff on behalf of the Deputy Director, Policy and Risk Management Services. All submitted information has been considered.

## DIRECTOR'S LEVEL DECISION:

Appeal is denied. This decision exhausts your administrative remedies.

## APPEAL REQUESTS:

You are requesting:
- To be sent to an outside cardiologist for a stress test, diagnosis, and recommendation for proper medication and treatment of your condition.
- Monetary compensation.

## BASIS FOR DIRECTOR'S LEVEL DECISION:

Your appeal file and documents obtained from your Unit Health Record were reviewed by licensed clinical staff. These records indicate:
- On January 6, 2014, you were evaluated by your primary care provider (PCP) at which time it was noted you refused beta blockers; you were informed the results of your echocardiogram were pending and you would be notified once the results were received by your PCP.
- You were most recently evaluated in the Chronic Care Program on April 8, 2014, at which time you did not have any complaints of chest pain and it was noted you had no acute issues at that time.
- On May 3, 2014, you submitted a CDC 7362, Health Care Services Request Form, to be seen for complaints of chest pain; however, it is noted you refused to come out of your cell to the Treatment and Triage Area for further evaluation. You stated you were no longer experiencing chest pain.
- There is no notation to indicate that your PCP determined your condition warrants a medical hold, referral to a cardiologist, a stress test, or for a different diagnosis or medication.

You may request the services of an outside consultant by following the directions in the California Code of Regulations (CCR), Title 15, Section 3354(c). However, be advised all costs associated with an outside consultation, including evaluations, tests, custodial supervision, transportation, etc., are the responsibility of the person requesting the outside evaluation.

Monetary compensation is beyond the scope of the appeals process. If you are dissatisfied with this appeal response concerning your request for monetary compensation, you may wish to contact the California Victim

Compensation and Government Claims Board, P. O. Box 3035, Sacramento, CA 95812-3035.

While the health care administrative appeals process is an important means of setting forth your health care concerns, it is not a substitute for direct communication about your health with your medical care providers. You are encouraged to continue your care with your assigned medical care providers and share with them new or additional clinical information about your conditions that you believe may affect your care. However, California law directs your medical care providers to offer and provide only the care they determine to be currently medically necessary for you, in accordance with appropriate policies and procedures. Previous orders from other medical facilities or staff, input from medical consultants, and/or your own personal preferences may be considered, but do not control the professional judgment of your current medical care providers.

After review, no intervention at the Director's Level of Review is necessary as your medical condition has been evaluated and you are receiving treatment deemed medically necessary.

**RULES AND REGULATIONS:**

The rules governing these issues are:  CCR, Title 15; Inmate Medical Services Policies and Procedures; and the Department Operations Manual.

**ORDER:**

No changes or modifications are required by the institution.

J. Lewis, Deputy Director
Policy and Risk Management Services
California Correctional Health Care Services

PRISON HEALTH CARE SERVICES

**Institution Response for First Level HC Appeal**



Inmate Name: TORLUCCI, ARTHUR (K33910)
A 005 1030001L
CALIFORNIA STATE PRISON – SACRAMENTO
P.O. Box 29
Represa, CA 95671-0002

Appeal Log #:  SAC HC 13028796

Date:  January 7, 2013

**APPEAL ISSUE:**  In your CDCR 602-HC Inmate/Parolee Health Care Appeal form received on December 12, 2013 you indicated that while housed at KVSP, you were scheduled to see a cardiologist on October 24, 2013 regarding your aortic aneurysm. Before that date, you were transferred to CCI, where you were rescheduled to see the cardiologist on November 24th, but you were once more transferred before your appointment. When you wrote this appeal you were at housed at WSP RC en route to CSP-Sacramento. You are experiencing angina.

**ACTION REQUESTED:**  You request (1) a medical hold so that you may see a cardiologist, (2) a stress test, (3) a proper diagnosis, (4) proper medication, and (5) monetary compensation.

**INTERVIEW:**  You were interviewed by me on January 6, 2014 at A-clinic regarding this appeal. During the interview, you were allowed the opportunity to fully explain your appeal issue(s)

**FINDINGS:**  You were seen and evaluated by Dr. Hamkar on January 6, 2014. You refused to take any beta blockers including propranolol or carvedilol and you want to manage your blood pressure with diet and exercise. There is no medical indication for a medical hold, cardiology consult, or stress test at this time. It is beyond the scope of my practice for monetary compensation. You had an echo done in December 2013, results are pending and once they are made available to me, I will inform you of the results. You also have had a CT of your chest, the results of which were discussed with you in detail.

**APPEAL DECISION:**  A thorough review of your appeal with attachment(s), Unit Health Record, and all pertinent departmental policies and procedures was conducted. Based on this review, the action requested to resolve the appeal is DENIED. *No Hospital Records Are in my UHR for echo/gram test done at San Joaquin*

BEHROZ HAMKAR, M.D.
PHYSICIAN AND SURGEON

*M. Linggi SRN II 1/8/14*
M. Linggi, SRN II

cc:  Appeals File
     Central File

BH/jg

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: |
|---|---|---|
| ☒ TABE score ≤ 4.0 | ☐ Additional time | ☒ P/I asked questions |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☒ P/I summed information |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | **Please check one:** |
| ☐ DNS ☐ DDP | ☒ Basic ☐ Transcribe | ☐ Not reached* ☒ Reached |
| ☐ Not Applicable | ☐ Other* | |

Comments: *TABE score 19  9.0*   *R. Ramos*

RECEIVED
CTRL/HC
MAR 24 2014
HC APPEALS

PRISON HEALTH CARE SERVICES

**Institution Response for Second Level HC Appeal**



Date: February 27, 2014
Inmate Name: TORLUCCI, ARTHUR (K33910)
A 005 1030001L
CALIFORNIA STATE PRISON – SACRAMENTO
P.O. Box 29
Represa, CA 95671-0002

Appeal Log #: SAC HC 13028796

**Appeal Issue:** In your CDC 602-HC Inmate/Parolee Health Care Appeal form received on December 12, 2013 you indicated that while housed at KVSP, you were scheduled to see a cardiologist on October 24, 2013 regarding your aortic aneurysm. Before that date, you were transferred to CCI, where you were rescheduled to see the cardiologist on November 24th, but you were once more transferred before your appointment. When you wrote this appeal you were at housed at WSP RC en route to CSP-Sacramento. You are experiencing angina.

**Action Requested:** ~~You request (1) a medical~~ hold so that you may see a cardiologist, (2) a stress test, (3) a proper diagnosis, (4) proper medication, and (5) monetary compensation. *IS TAKN MEDS NOT BETA BLOCKERS GIVEN BLOOD PRESSURE MEDS*

**Interview:** You were interviewed by B. Hamkar, MD on January 6, 2014 at the A-facility clinic regarding this appeal. During the interview, you were allowed the opportunity to fully explain your appeal issue(s). *TAKN MATEE MY BLOOD PRESSURE PILLS — 4 MOST OF THE TIME I GOT LOW BLOOD PRESSURE*
Your appeal was DENIED at the FLR. The first level reviewer responded as follows:

*You were seen and evaluated by Dr. Hamkar on January 6, 2014. You refused to take any beta blockers including propranolol or carvedilol and you want to manage your blood pressure with diet and exercise. There is no medical indication for a medical hold, cardiology consult, or stress test at this time. It is beyond the scope of my practice for monetary compensation. You had an echo done in December 2013, results are pending and once they are made available to me, I will inform you of the results. You also have had a CT of your chest, the results of which were discussed with you in detail.* *WRONG CT STATED FALSELY "NO ANGINA*

In your request for a Second Level Review, you state that there are other blood pressure medications. You tried to get clonidine through your psychiatrist, but it was denied by his superiors; Dr. Hamkar denied this request as well. You cannot tolerate beta blockers. RN Bonnie said that your echocardiogram was normal and that you were not scheduled for follow-up. The hospital told you that murmurs showed up, and your last CT-Scan was in February 2011, "falsely documented on 3/11/12 stating angina." *I Have Angina*

P. Sahota, MD Chief Physician Executive at CSP-Sacramento, reviewed this matter on behalf of S. Chaiken, PhD Chief Executive Officer (A) at CSP-Sacramento. *I GET CSP-JAC PINK SLIP SAYS ECHO CGRM WAS NORMAL — YET HOSPTAL TOLD ME MURMURS PRESENT.*
**Response:** Your UHR was reviewed. You were seen by D. Hamkar on January 6, 2014 at the FLR. Dr. Hamkar addressed the issues you raised in your appeal. *YES AND REFUSE MEDICAL CARE APPLIANCES — EVEN CHOICES FOR THEM TO COMBAT PAIN OF ANGINA*
You have a history of dilatation of the ascending aorta according to the CT-Scan of the chest done on February 22, 2011. The radiologist reported that there was dilatation of the ascending aorta to a size of 4 cm in diameter without evidence of large aneurysm or acute cardiopulmonary process. The person who reviewed this report mistakenly dated it as "12/13/11." You were seen by the cardiologist in February 2012 who recommended treatment with beta blockers. You were seen by Dr. Hamkar on December 9, 2013 at the clinic and you told Dr.

*CARDIOLOGIST HAD NO UHR — NO KNOWLEDGE OF MY AORTIC ANEURYSM (Ie ASCENDING (AAA) 4 WAS DONE TELEPHONE NOT IN PERSON & NO TESTS)*

Hamkar that you did not want to take beta blockers and that you have used Propanolol in the past. Therefore Dr. Hamkar again prescribed Propanolol to help you. It has to be noted that during this clinic visit your blood pressure was 124/79. On December 27, 2013 after you returned from an echocardiogram test done at SJGH your blood pressure was 110/63. On January 6, 2014 it was 112/70, on January 14, 2013 it was 133/78 and on January 27, 2014 it was 123/78. At this juncture your blood pressure is under control and as stated by Dr. Hamkar at the FLR there is no indication for a medical hold or cardiology consultation at the present time. You wanted to use Clonidine, but Clonidine is not indicated in the treatment of enlargement of the aorta. You have already had the echo-cardiogram done on December 27, 2014. Dr. Hamkar was notified to call you back to the clinic to review the echocardiogram with you.

**Appeal Decision:** Based on this evaluation, the action requested to resolve the appeal is PARTIALLY GRANTED.

S. CHAIKEN, PhD
Chief Executive Officer (A)
California State Prison, Sacramento

M. Linggi, SRN II

Cc: Appeals File
   Central File

SC/jg

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☑ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☑ |

| NAME | CDC NUMBER | HOUSING |
| DRUZI | K-33910 | D9 A2L |

PATIENT SIGNATURE

DATE 11-26-13

REASON YOU ARE REQUESTING HEALTH CARE SERVICES: (Describe Your Health Problem And How Long You Have Had The Problem)

I HAVE A AORTIC ANNEURYSM & WAS SUPPOSED TO GO TO A CARDIOLOGIST

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

HEALTH CARE SERVICES REQUEST
CDC 7362  PAGE 2

# IMPORTANT INFORMATION ABOUT YOUR
# HEALTH CARE VISIT

## WHEN DO YOU HAVE TO PAY FOR A HEALTH CARE VISIT?

On July 9, 1994, a California State law was passed.  That law gave the Department of Corrections permission to charge inmates a fee when they request a health care visit.  The California Code of Regulations, Title 15, Div 3, has also been changed because of this law.

With some exceptions, **YOU WILL BE CHARGED** a five dollar ($5.00) copayment fee for each health care visit that you request.  This includes requests made for you by departmental staff, other inmates, your family or your attorney.  If you request services that require more than one doctor, you will be charged for each initial visit with each doctor.  This means if you request dental services and medical services, you will be charged for the visit with the dentist and the doctor/nurse.

The copayment fee will be charged to your trust account.  If there is not enough money in your trust account over a period of 30 days, you will not be charged.

The copayment of $5.00 for this visit will cover your visit with a doctor, nurse, or dentist.  It will also cover prescribed medicines, laboratory tests, and referrals to other doctors.

**YOU WILL NOT BE CHARGED** for health care visits that are for:

- an emergency.

- a communicable disease (such as HIV, AIDS, and TB).

- mental health services.

- follow up health care services recommended by a doctor, nurse, or dentist.

- health care services necessary to comply with State law and regulations (e.g., annual TB testing).

- reception center screening and evaluation.

- inpatient services, extended care, or skilled nursing services.

**YOU WILL NOT BE DENIED HEALTH CARE IF YOU DO NOT HAVE MONEY IN YOUR TRUST ACCOUNT TO PAY THE FEE.**

STATE OF CALIFORNIA                                          DEPARTMENT OF CORRECTIONS AND REHABILITATION

**PATIENT/INMATE HEALTH CARE APPEAL**

CDCR 602 HC (REV. 04/11)  *per Afacility MD I/P was assessed on 12/9/13 NAD + MD didn't feel it was an emergent situation a lab ordered 12/9/13. I/P side it*

| STAFF USE ONLY | Institution: | Log #: | Category: |
|---|---|---|---|
| Emergency Appeal  ☐ Yes  ☒ No  2/3/14  M. Kruggs RN | SAC HC | 1302 8796 | 8 |
| Signature: (signature)  Date: 12/12/13 | | *FOR STAFF USE ONLY* | |

You may appeal any California Prison Health Care Services (CPHCS) decision, action, condition, omission, policy or regulation that has a material adverse effect upon your welfare. See California Code of Regulations, Title 15, Section (CCR) 3084.1. You must send this appeal and any supporting documents to the Health Care Appeals Coordinator (HCAC) within 30 calendar days of the event that lead to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.    WRITE, PRINT, or TYPE CLEARLY.

| Name (Last, First): TORLUCCI      ARTHUR | CDC Number: K-53910 | Unit/Cell Number: D-6-129 | Assignment: ASY - Eq° HRMD |
|---|---|---|---|

State briefly the subject/purpose of your appeal (Example: Medication, To See Specialist, etc.): I WAS SCHEDULED TO GO TO A OUTSIDE CARDIOLOGIST - STRESS TEST IN YUSP ON 10/14/13

A. Explain your issue (if you need more space, use Section A of the CDCR 602-A): BUT WAS SENT TO CCI Tahachapi SHU ON 10/14/13, WHO RESCHEDULED IT FOR 11/14/13 BUT WAS SENT HERE WSP (RC) ASY FOR A/C OVER TO (SAC) ON 10/14/13. "EVALUATIONS ANGINA W/ MY ASCENDING AORTIC ANEURYSM

B. Action requested (if you need more space, use Section B of the CDCR 602-A): FOR A "MEDICAL HOLD" TO SEE THE OUTSIDE CARDIOLOGIST & STRESS TEST - (RE) Proper DIAGNOSIS, & RECOMMENDATION FOR PROPER MEDS FOR IT & OTHER ILLS THAT DO NOT CONFLICT - & MONEY DAMAGES

☒ Supporting Documents: Refer to CCR 3084.3.

List supporting documents attached (e.g. Trust Account Statement; CDCR 7410, Comprehensive Accommodation Chrono; CDCR 7362, Request for Health Care Services; etc.):
7362 of 11-26-13          #0361952

☐ No, I have not attached any supporting documents. Reason : _____

Patient/Inmate Signature: (signature)    Date Submitted: 11-26-13
☐ By placing my initials in this box, I waive my right to receive an interview.

---

**C. First Level - Staff Use Only**                    Staff – Check One: Is CDCR 602-A Attached? ☐ Yes  ☒ No

This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) :  Date: _____  Date: _____  Date: _____  Date: _____
☐ Cancelled (See attached letter):          Date: _____
☒ Accepted at the First Level of Review
Assigned to: B. Hankar  MD    Title: P & S    Date Assigned: 10/6/13    Date Due: 1/27/14

First Level Responder: Complete a First Level response. Include interviewer's name, title, interview date, location, and complete the section below.
Date of Interview: 1-6-14      Interview Location: A-clinic
Your appeal issue is:  ☐ Granted  ☐ Granted in part  ☒ Denied  ☐ Other:
See attached letter. If dissatisfied with First Level response, complete Section D.
Interviewer: B. Hankar, MD  (Print Name)  Title: P&S  Signature: (signature)  Date completed: 1/9/14
Reviewer: V. Duc, MD  (Print Name)  Title: CP&SCA  Signature: (signature)  1/10/14

Date received by HCAC: 2/12/14        HCAC Use Only
                                       Date mailed/delivered to appellant: 1/28/14

(stamps:)
RECEIVED NOV 27 2013
OTLA-HC JUN - 2 2014 HC APPEALS
RECEIVED DEC 1 2013 ONLY HC APPEALS
RECEIVED OTLA-HC MAR 24 2014 HC APPEALS

**PATIENT/INMATE APPEAL**

CDCR 602 HC (REV. 04/11)

**D. If you are dissatisfied with the First Level response, explain the reason below, attach supporting documents and submit to the Health Care Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.**

THERE ARE other Blood Pressure Meds & Clonadine was a
Request I went Through Psychiatrist to Try & Get, with was
Denied by his superiors & Dr. Hamkar Denied Too. I cant
tolerate Beta Blockers. Trans RN-Psych Tech Mr. Bonnie said my Echo Crams
was Normal & No Follow-up scheduled. The Hospital Told me Murmurs shawed
up. My last CAT Scan was Feb. 2011, falsely Documented on 3/12/12 shawing Angina

Patient/Inmate Signature: _____  Date Submitted: 1-30-14

---

**E. Second Level - Staff Use Only**       Staff – Check One: Is CDCR 602-A Attached?  ☐ Yes  ☒ No

This appeal has been:

☐ By-passed at Second Level of Review. Go to Section G.

☐ Rejected (See attached letter for instruction):  Date: _____ Date: _____ Date: _____ Date: _____

☐ Cancelled (See attached letter):  Date: _____

☒ Accepted at the Second Level of Review
   Assigned to: P. Sahota, MD            Title: CPE   Date Assigned: 2/3/14  Date Due: 3/17/14

Second Level Responder: Complete a Second Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: N/A                   Interview Location: N/A

Your appeal issue is:  ☐ Granted  ☒ Granted in part  ☐ Denied         ☐ Other: _____
See attached letter. If dissatisfied with Second Level response, complete Section D.
Interviewer: P. Sahota, MD          Title: CPE   Signature: _____   Date completed: 2/28/1
                (Print Name)

Reviewer: S. Chaiken, PhD           Title: CEO (A) Signature: _____
                (Print Name)

Date received by HCAC: _____

**HCAC Use Only**
Date mailed/delivered to appellant: 3/17/14

---

**F. If you are dissatisfied with the Second Level response, explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 days** Office of Third Level Appeals, Building C    **Office of Third Level Appeals – Health Care,**
California Prison Health Care Serv   P.O. Box 588500 Elk Grove CA, 95758  if you need more space, use Section F of
the CDCR 602-A.

[handwritten text, partially illegible]

Patient/Inmate Signature: _____  Date Submitted: 3-30-14

---

**G. Third Level - Staff Use Only**

☐ Rejected (See attached letter for instruction):  Date: _____ Date: _____ Date: _____ Date: _____

☐ Cancelled (See attached letter):  Date: _____

☒ Accepted at the Third Level of Review
   Your appeal is  ☐ Granted   ☐ Granted in part  ☒ Denied        ☐ Other: _____

   See attached Third Level response.

**Third Level Use Only**
Date mailed/delivered to appellant: JUN - 2 2014

---

**Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

_____

_____

_____

Patient/Inmate Signature: _____  Date Submitted: _____

Print Staff Name: _____  Title: _____  Signature: _____  Date: _____

D. CLAIMS           CLAIM II

The Federal's civil right has been Violation

The CCPP-DC Affairs Coordinators
J.J. Lynch, R. Jerson & now CC. Burnette
Are Intentionally Denying & Delaying me getting
a T.V. in PSY (or the W ASY) CSP-DC
11-27-13 To Present. Brown V. District
of Columbia, 514 F.3d. 1279 (D.C.) cir. 2008.
* _____

The Property Africans issue c/o Morgan
& Gypsy John & Are not issuing me a
Compensation T.V. For the one they broke.
On a ASY Radio or PSY T.V. state issued
Loaner At part of the PSY (PIP) Deal.
& Special Package clerk miss "B" sent
my Package Back (For A new T.V. At
my own expense) In Contempt of The
Coleman V. Schwartzenegger court order via
Judge Karlton w. 2007. (1e) Interference
with A Psych/med. Appliance For Sensory Deprivation
& Risk of Suicide. As the PPPDC
Coordinators are doing too. Estelle, 429 US
at 104-05, Lopez V. Smith, 203 F.3d 1122 (9th cir. 2000)
Risk of Suicide A Serious Medical Need. Estate of Cole by
Pardue V. Fromm, 94 F.3d 254 (7TH cir. 1996), Brequine V.
Carr, 236 F.3d 413 (8th cir. 2000).

# REFUSAL OF EXAMINATION AND/OR TREATMENT

| PATIENT NAME *(Type or print clearly)* | CDC NUMBER | INSTITUTION |
|---|---|---|
| *Torlucci* | K33910 | KVSP |

Having been fully informed of the risks and possible consequences involved in refusal of the examination and/or treatment in the manner and time prescribed for me, I nevertheless refuse to accept such examination and/or treatment. I agree to hold the Department of Corrections, the staff of the medical department and the institution free of any responsibility for injury or complications that may result from my refusal of this examination and/or treatment, specifically:

Describe the examination and/or treatment refused as well as the risks and benefit of the intervention:

*Calcium carb. 625 mg, metformin 500 mg, 4 propranolol 10 mg for htn. — Canada LVN*

- [ ] I don't feel any different/better, so why should I take it?
- [x] I just don't want to take it; no reason.
- [ ] I don't like taking any prescription medications.
- [ ] There's nothing wrong with me, I don't need pills.
- [ ] I have side effects I don't like when I take the medication. (Describe)_____
- [ ] I'm having allergic reaction to the pills. (Describe)_____
- [ ] No one has talked to me about my medications. (date/time of instruction)_____
- [ ] Someone, _____, told me not to take the pills.
- [ ] I have other more important things to do._____
- [ ] Dr. told me he/she was going to stop the medication
- [ ] Other:_____

- [ ] Inmate refused to come out of cell when cell door barrier removed; shut door in response.
- [ ] Inmate is verified to not be in adverse health status at this time by: [ ] Nurse_____ [ ] Custody Officer_____
- [ ] 128C to prescribing/managing PCP.

| PATIENT SIGNATURE | DATE | [x] PATIENT REFUSE TO SIGN | DATE 2-8-13 |
|---|---|---|---|
| NAME OF WITNESS (PRINT/TYPE) Canada LVN | | NAME OF WITNESS (PRINT/TYPE) | DATE 2-8-13 |
| WITNESS SIGNATURE Canada  DATE 2/8/13 | | WITNESS SIGNATURE | DATE |

## REFUSAL OF EXAMINATION AND / OR TREATMENT

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

*Torlucci K33910 6-1-19(60)*

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: |
|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ P/I asked questions |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ P/I summed information |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | Please check one: |
| ☐ DNS ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached ☐ Reached |
| No tabe score | ☐ Other* | *See chrono/notes |

4. Comments:

CDC7225 (Rev 04/03)
State of California          Department of Corrections

Confidential Saved 2013-05-16T15:39:24Z

Arthur Torlucci T-33990/ASU (A2)

CSP-SAC PUB 290016
REPRESA, CA 95671

Art Torlucci
v.
Acting Warren Meffen
CSPS

F.R.Cw.P. 65 28 USE 2283-84

In the US District
Court for the
Eastern District
(Sacramento)

NO
Based on 60L 2nd kut PC:TLR 1310936

I am in PSU
psychiatric security unit.
A EOP SHU. Unborn (BIP) Behavior Incontrol Program.

Injunction Motion
For a entertainment appliance
in CSP-SAC ASU PSU SHU

I made step 4 on 6/13/14 in ICC/IDTT. Eligible
for a TV. a behavior plan package. They took me
off EOP to ad ms ASU status (holding me in PSU
until transport). Battled to TV. of my ASU annual
package due on it 27-13. They are not
giving me my package is read, my TV. (compensation
FM is being broken by staff on 1/6/14) on a
loaner TV. by state (part of PSU (BIP)).
I am suicidal of homicidal. Having no cellie
(Single cell mandated in PSU) I have no out
to kill off myself. I seek court order
to make CSP-SAC give me a loaner TV. as full
my compensation TV. Now to save my
life. As suicide is inevitable after
8 months in ASU/PSU w/out my TV. or radio! 6-14-14

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

**HEALTH CARE SERVICES REQUEST FORM**

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

*If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.*

**REQUEST FOR:** MEDICAL ☐   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

**NAME** TOR LUCCI

**CDC NUMBER** K-33910

**HOUSING** D-8-122

**PATIENT SIGNATURE**

**DATE** 6/2/08

**REASON YOU ARE REQUESTING HEALTH CARE SERVICES.** (Describe Your Health Problem And How Long You Have Had The Problem)

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

**Date / Time Received:** 06-22-08 0800

**Received by:**

**Date / Time Reviewed by RN:** 6-22-08 1400

**Reviewed by:**

**S:**

**Pain Scale:** 1  2  3  4  5  6  7  8  9  10

**O:**   **T:**   **P:**   **R:**   **BP:**   **WEIGHT:**

**A:**

**P:**

☐ **See Nursing Encounter Form**

**E:**

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| **REFERRED TO PCP:** | | **DATE OF APPOINTMENT:** | |
| **COMPLETED BY** | | **NAME OF INSTITUTION** | |
| **PRINT / STAMP NAME** | **SIGNATURE / TITLE** | | **DATE/TIME COMPLETED** |

**CDC 7362 (Rev. 03/04)**   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

T.V. INJUNCTION MOTION CONTINUED

THIS 3RD LEVEL REVIEW CSP-SAC 602 IS BASED
ON A SERIES OF REJECTED & CANCELLED 602'
ON A BROKEN TV (NOT LOST BUT BROKEN)
UPON ITS 1/6/14 ISSUANCE IN CSP-SAC
BY AT BY C/O MORGANIA &
CONFISCATED BY C/O MORROW
AS CONTRABAND. THE 602' get
WRONGFULLY REJECTED & CANCELLED
CLAIMING ONE IS A DUPLICATE, OR REJECTED
ONCE ONE IS REJECTED — A NEW 602
CAN NOT BE A DUPLICATE, WHEN IT
ADDS NEW EVIDENCE, SUCH AS
MY 1083 PROPERTY RECEIPT FROM
R/S AS PROOF OF OWNERSHIP
ONLY PROVIDED AFTER MONTHS OF
CHECK IN 602 FOR IT. And Property
C/O CLAIMS NO CSP-SAC 1083 EXIST.
THEN SAY THEY DO EXIST, BUT
REFUSE TO PROVIDE THEM!
WHICH Lt. HE . ON 6-23-14 Lt. TODD Talb re
He will PROVIDE MY 1083 (VC6-353) PROPERTY RECEIPT AN
& STILL HAS NOT DONE SO.

OP 2

6-14-4

OPTOMATRY ETC 2009054

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty**

REQUEST FOR:   MEDICAL ☒   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☐

NAME Arthur Torlucci   CDC NUMBER K-33910   HOUSING B2 116

PATIENT SIGNATURE AAA Tartum   DATE 11/27/12

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

Im in Ad-Seg & Am scheduled to pick up a pair of bifocals in etc any day & was in B2 114C please seen to Ad Ses B 116 11/

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

Date / Time Received: 11/28/12 @ 07a   Received by: Orlado Regis BSN, RN
Date / Time Reviewed by RN: 11/28/12 @ 07a   Reviewed by:

S: Refer to specialty - Opto Clinic   Pain Scale: 1 2 3 4 5 6 7 8 9 10

O:  T:   P:   R:   BP:   WEIGHT:

A:

P:   ☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|

REFERRED TO PCP:   DATE OF APPOINTMENT:
COMPLETED BY   NAME OF INSTITUTION
PRINT Orlado Regis BSN, RN   SIGNATURE / TITLE Orlado Regis BSN, RN   DATE/TIME COMPLETED 11/28/12 @ 07a

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

Confidential Saved 2013-05-14T20:16:46Z

THIS IS A 1983 CLAIM BE CAUX

THE COLMAN V. SCHWARZENEGEN

CASE IN 2007 STIPULATED T.V. & RADIO

MUST BE GIVEN IN ASY SHY PSY.

TO PREVENT SUICIDES DUE TO

SENSORY DEPRIVATION. THIS

PRISONER/HAS BEEN IN ASY IN

LOOP SINCE 11-27-12 WITH OUT

A T.V. OR RADIO eJ IN CCI FOR 1 MONTH

W/OUT SUCH eJ IN CSP/SAC

ASY & PSY SINCE 11-27-13   TO PRESENT.

ON SUICIDE WATCHES, SENT TO PSY MARKED UP

IN CCI DUE TO TT (IN A CELL WITH NO ELECTRICITY

DUE TO SHU OVERCROLDES eJ MENTAL HEALTH DETERIORATES

AT HIGH RISK SUICIDE/MEDICAL)   I HAVE

NOTIFIED CSP SAC PHd, CLINIEN CASE WORKERS

CHIEF PSYCHS, MEDICAL DOCTORS THE PRISO

LAW OFFICE, ROSEN, BIEN GALVIN & GRUNFELD

ATTO JANE KHAN OF MY SUICIDAL IDEATION TO

NO AVAIL. THE RISK ALONE IS A SERIOUS

MEDICAL NEEDS FOR 1983 PURPOSES.

I NEED NOT TRY TO KILL MYSELF to PREVAIL

FOR IF I SUCCEED NOT CIVIL ACTION IS POSSIBL

FOR ME - BUT TO THE PRISO LAWYERS WITH WITNESS IT

## REFUSAL OF EXAMINATION AND / OR TREATMENT

| PATIENT NAME (TYPE OR PRINT CLEARLY) | CDC NUMBER | INSTITUTION |
|---|---|---|
| Torlucci | K33910 | KVSP |

Having been fully informed of the risks and possible consequences involved in refusal of the examination and/or treatment in the manner and time prescribed for me, I nevertheless refuse to accept such examination and/or treatment. I agree to hold the Department of Corrections, the staff of the medical department and the institution free of any responsibility for injury or complications that may result from my refusal of this examination or treatment, specifically:

Describe the examination and/or treatment refused as well as the risks and benefit of the intervention: On 2/10/13

I/M refused PM Propanolol 10 mg — ncf

| | 1. Disability Code: | 2. Accommodation: | 3. Effective Communication |
|---|---|---|---|
| ☐ I don't feel any different/better, so why should I take it? | ☑ TABE score ≤ 4.0 | ☐ Additional time | ☐ Pt asked questions |
| ☑ I just don't want to take it; no reason. | ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☑ Pt summed information |
| ☐ I don't like taking any prescription medications. | ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | Please check one: |
| ☐ There's nothing wrong with me, I don't need pills. | ☐ DNS ☐ DDP | | ☑ Basic ☐ Transcribe ☐ Not reached ☑ Reached |
| ☐ I have side affects I don't like when I take the medication. (Descr | 4. Comments: | ☐ Other | *See chrono/notes |
| ☐ I'm having allergic reaction to the pills. (Describe): | TABE score | | |

- ☐ No one has talked to me about my medications. (date/time of Instruction) _____
- ☐ Someone, _____ told me not to take the pills.
- ☐ I have other more important things to do. _____
- ☐ Dr. told me he/she was going to stop the medication. _____
- ☐ Other. _____

☐ Inmate refused to come out of cell when cell door barrier removed; shut door in response.
☐ Inmate is verified to not be in adverse health status at this time by ☐ Nurse ☐ Custody Officer _____

☐ 128C to prescribing/managing PCP.

| PATIENT SIGNATURE | DATE | ☑ PATIENT REFUSES TO SIGN | DATE 2/10/13 |
|---|---|---|---|

**WITNESS**

| NAME OF WITNESS (PRINT/TYPE) M Fonseca VN | NAME OF WITNESS (PRINT/TYPE) G. Vaes |
|---|---|
| WITNESS SIGNATURE VM Fonseca VN 2/10/13 | WITNESS SIGNATURE DATE 2/10/13 |

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Torlucci, Arthur
K33910
6/1/60

## REFUSAL OF EXAMINATION AND / OR TREATMENT

CDC 7225 (Rev 04/03)
STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

Confidential Saved 2013-05-16T15:39:24Z

STATE OF CALIFORNIA – DEPARTMENT OF CORRECTIONS AND REHABILITATION          EDMUND G. BROWN JR., GOVERNOR

**OFFICE OF APPEALS**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



March 27, 2014

TORLUCCI, ARTHUR, K33910
California State Prison, Sacramento
P.O. Box 29
Represa, CA 95671

*Submitted 5-19-14*
*Bot Thru*
*Art Torlucci A4 102*
*PSY*

RE: TLR# 1310936     LEGAL
SAC-14-01499

The Office of Appeals, California Department of Corrections and Rehabilitation (CDCR) acts as the third level of review as established in California Code of Regulations (CCR) Title 15, Article 8. The Office of Appeals examines and responds to inmate and parolee appeals, after the institution or parole region has responded at the Second Level of Appeal.

Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(15). You have submitted the appeal for processing at an inappropriate level bypassing required lower level(s) of review.

J.A. ZAMORA, Chief (A)
Office of Appeals

*On Thursday 5-15-14 I got my 1083 from KUSP in a U-save envelope - w/ no memo of who sent it. I am supposed to have a 602 from KUSP - sent by dc/R Sae Appeals coordinator J.J. Lynch from Jan-July that I have not gotten any notice of it being filed. Asking for this 1083 from KUSP. Attached - not Page #5*

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.

****PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE****

Emergency Help needed 602.

Case 2:14-cv-01504-AJG Document 1 Filed 07/01/14 Page 31 of 52

STATE OF CALIFORNIA 384, (r(c) 43084-5 (h) (1). No Reading Before/s. DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE APPEAL**
CDCR 802 (REV. 08/09)                                                                                          **Side 1**

| IAB USE ONLY | | |
|---|---|---|
| 1310938 ||||||||| K33910 | Institution/Parole Region: SAC | Log #: 14-01499 | Category: 1D |
| | *FOR STAFF USE ONLY* | |

You may app~~~~~~~~~~~~~~~~ehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations, Title 15, Section (CCR) 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that lead to the filing of this appeal. If additional space is needed, _only_ one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.        WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): BELUCCI | HN | CDC Number: F-33960 | Unit/Cell Number: A-5-126 | Assignment: C-of/984 |
|---|---|---|---|---|

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):
APPEALING CANCELLED 602 BASED ON REJECTED 602

A. Explain your issue (if you need more space, use Section A of the CDCR 602-A):
PROPERTY DAMAGE 602(S) SAC-14-00467 CANCELLED 2-18
WRONGFULLY AS SAC-S-14-00098 REJECTED 2-12
NOT RESUBMITTED by ME. per/to 15CCR 3084.(h), 3084.2.b(1, 2or3.

B. Action requested (if you need more space, use Section B of the CDCR 602-A):
PROCESS MY DAMAGE? PROPERTY (ie) ZENITH TV
Model # G27001 ECI600255 602 W A
EXERCISE OF DISCRETION per 15 CCR 3084.6(9)(3) & C4.

**Supporting Documents: Refer to CCR 3084.3.**
☒ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):
ener 22 to Property         dnc 1083 in KUSP of
c/o Dated 1-6-14            3-3-13 Proof of TV.

☒ No, I have not attached any supporting documents. Reason: No 1083 From KUSP
16-24-13 on CCI, WSP, Seen CSP-SAC 1-6-14 on
1-13-14 recorded.

Inmate/Parolee Signature: _____   Date Submitted: 2-26-14

☐ By placing my initials in this box, I waive my right to receive an interview.

---

**C. First Level - Staff Use Only**                              Staff – Check One: Is CDCR 602-A Attached? ☐ Yes  ☐ No
This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☒ Rejected (See attached letter for instruction)  Date: 06/04/14 - R3,R7  Date: _____  Date: _____  Date: _____
☐ Cancelled (See attached letter)  Date: _____
☐ Accepted at the First Level of Review.

Assigned to: _____  Title: _____  Date Assigned: _____  Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.
Date of Interview: _____  Interview Location: _____
Your appeal issue is:  ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other: _____
See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _____ (Print Name)  Title: _____  Signature: _____  Date completed: _____
Reviewer: _____ (Print Name)  Title: _____  Signature: _____
Date received by AC: _____

| | AC Use Only Date mailed/delivered to appellant ____ / ____ / ____ |
|---|---|

(margin text, right side, vertical:)
JULY 2014 NOT FOR INMATE USE
RECEIVED INMATE APPEALS BRANCH
MAR -5 2014 STA
RECEIVED
MAR -5 2014
STA
R15

STATE OF CALIFORNIA
Case 2:14-cv-01554-DAD   Document 1   Filed 07/01/14   Page 32 of 52
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 08/09)                                                                                                          Side 2

**D. If you are dissatisfied with the First Level response,** explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response.  If you need more space, use Section D of the CDCR 602-A.

_____
_____
_____
_____
_____
_____

Inmate/Parolee Signature: _____      Date Submitted : _____

**E.  Second Level - Staff Use Only**                     Staff – Check One:  Is CDCR 602-A Attached?  ☐ Yes   ☐ No

This appeal has been:
☐ By-passed at Second Level of Review.  Go to Section G.
☐ Rejected (See attached letter for instruction) Date: _____   Date: _____   Date: _____   Date: _____
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: _____   Title: _____   Date Assigned: _____   Date Due: _____

Second Level Responder:  Complete a Second Level response.  If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: _____         Interview Location: _____

Your appeal issue is:  ☐ Granted     ☐ Granted in Part     ☐ Denied     ☐ Other: _____

See attached letter.  If dissatisfied with Second Level response, complete Section F below.

Interviewer: _____   Title: _____   Signature: _____   Date completed : _____
                  (Print Name)

Reviewer: _____   Title: _____   Signature: _____
                  (Print Name)

Date received by AC: _____

| | AC Use Only<br>Date mailed/delivered to appellant ____/____/____ |

**F.  If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review.  It must be received within 30 calendar days of receipt of prior response.  Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation,  P.O. Box 942883, Sacramento, CA 94283-0001.  If you need more space, use Section F of the CDCR 602-A.

_____
_____
_____
_____
_____
_____

Inmate/Parolee Signature: _____      Date Submitted: _____

**G.  Third Level - Staff Use Only**
This appeal has been:
☐ Rejected (See attached letter for instruction) Date: **MAR 27 2014** Date: _____   Date: _____   Date: _____   Date: _____
☐ Cancelled (See attached letter)   Date: _____
☐ Accepted at the Third Level of Review.  Your appeal issue is ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other: _____
       See attached Third Level response.

| | Third Level Use Only<br>Date mailed/delivered to appellant ____/____/____ |

**Request to Withdraw Appeal:**  I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

_____
_____
_____

_____ Inmate/Parolee Signature: _____      Date: _____

Print Staff Name: _____   Title: _____   Signature: _____      Date: _____

STATE OF CALIFORNIA     DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (08/09)        Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | SAC | 14-01499 | |
| | *FOR STAFF USE ONLY* | | |

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.     **WRITE, PRINT, or TYPE CLEARLY** in black or blue ink.

Name (Last, First): TORLUCCI ANT    CDC Number: K-33910    Unit/Cell Number: A5-130L    Assignment: C 4P / PSY

**A. Continuation of CDCR 602, Section A only (Explain your issue):** Use. An Exercise
in futility on my part, I have repeatedly
tried to correct & cooperate with regulations
by submitting CDCR 22's to property officer
Magania for A5 C4P/PSY (Who protocol is to issue
my 1083 property inventory card slip upon issuing
my property) on 1-6-14 & 1-13-14. And
submitted CDCR 22's to CCT's Miles, Couch &
CCTT Lee for it to no avail, since 1-13-14.
So 15 CCR 3084.6(c) & 3084.5(b)(3) are Met.
And prisoner has exhausted the remedies
available to seek proof of ownership.
Per 15CCR 3084.6(a)(1)&(2) was done.
The rejected 602 SAC-S-14-00098 can not
be corrected. 15 CCR 3084.6(a)(4), plus I
attached my KVSP 1083 showing proof of
owning a TV before transfer to CSP-SAC on
10-24-13 in KVSP & submitted a 602 to get my
10-24-13 1083 from KVSP that is or should be in my file
in KVSP C-File.

Inmate/Parolee Signature: _[signature]_    Date Submitted: 2-26-14

**B. Continuation of CDCR 602, Section B only (Action requested):** And I do not have any reading / writing skills at
the moment as KVSP refuse to secure my
BIFOCALS to PIA Order & have for at 9-19-13 cost 75286
& 7362 cause transexual Mrs Bonnie Swift circumventing
DeLucy as the math / coordinator to cut-off & deprive my
Due Process rights ... So , I need help to do
If 602's cant read tiny fonts or write reject. / Also Due to eye /P.L.
Tunnel Syndrome / Attention in hands) Are C & Mark 15 CCR
3084.4(c) & 3084.5(b)(1). & Money Damages.

Inmate/Parolee Signature: _[signature]_    Date Submitted: 2-26-14

RECEIVED JUN 03 2014 INMATE APPEALS BRANCH

STAFF USE ONLY

RECEIVED MAR -5 2014

**INMATE/PAROLEE APPEAL FORM ATTACHMENT**

CDCR 602-A (08/09)

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):** _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Inmate/Parolee Signature: _____  Date Submitted: _____

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):** _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Inmate/Parolee Signature: _____  Date Submitted: _____

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print) (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE |
|---|---|---|---|
| TORLUCCI | ART | K33910 | [signature] |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM ____ TO ____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.) |
|---|---|---|---|
| A5-130 | ASU/EOP | | Property Legal Religion-MD |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

You ISSUE some PROPERTY TODAY. I Still Need 1 MORE EnVolope OF LEGAL Work For my 1-9-14 DEADLINE. IT IS MARKED "RLUIPA" Religious Land use of Institutionalized Persons Act. Fed case # 13-16338 in 9TH circuit. I THINK IT IS in A US postal Air Mail Express Red Wt a/Blue 10x13 EnVolope a my TV. DOES NOT WORK a my EarBuds, a Cat. cable For THEM a TV. coaxine cable Was NOT ISSUED (4 IS IN A plastic Bag w/my CD player a CD's). And En Routine Supt Rejects 736 'EN ISSUANCE of my Wedge Pillow, OATMU SHOES, BACK BRACE/ NIGHT GUARD a Misc MEDICAL.

**NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED.**

| METHOD OF DELIVERY (CHECK APPROPRIATE BOX) | DATE MAILED: |
|---|---|
| ☑ SENT THROUGH MAIL: ADDRESSED TO: O. A5 Property c/o Ungania | 1-6-14 |
| ☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE): | |

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)   YES   NO |
|---|---|---|---|
| | | | |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE)   IN PERSON   BY US MAIL |
|---|---|---|
| | | |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

STATE OF CALIFORNIA
INMATE PROPERTY INVENTORY
CDC 1083 Rev (2/00)

DEPARTMENT OF CORRECTIONS

| INMATE'S NAME | CDC NUMBER | PRIVILEGE GROUP | INSTITUTION | DATE |
|---|---|---|---|---|
| Torlucci | K-38910 | | KVSP | 3/3/13 |

| PROPERTY INVENTORIED BY | TITLE | REASON FOR INVENTORY | NUMBER OF BOXES |
|---|---|---|---|
| Oteng C Amzer Sedlezky | c/o | admitted to CTC | 4 |

## CANTEEN ITEMS

| | |
|---|---|
| ☑ Cereal | ☐ Cheese |
| ☐ Cocoa | ☐ Cookies |
| ☐ Crackers | ☐ Creamer |
| ☐ Dry Meat | ☐ Dry Drink Mix |
| ☐ Health Food | ☐ Protein Supplement |
| ☐ Vitamins | ☐ Soup |
| ☐ Nuts | ☐ Sugar Cubes |
| ☐ Tea | ☐ Instant Coffee |
| ☐ Soda | ☐ Peanut Butter |
| ☐ Jelly | ☐ Chips |
| ☐ Honey | ☐ Pork Rinds |
| ☐ Hot Sauce | ☐ |

### Stationary Items

| | |
|---|---|
| ☐ Envelopes | ☐ Stamps |
| ☐ Stamped Envelopes | ☐ Greeting Cards |
| ☐ Writing Tablets | ☐ Stationary |
| ☐ Pencil Sharpener | ☐ Pens |
| ☐ Writing Paper | ☐ Pencils |

### Hygiene Items

| | |
|---|---|
| ☐ Razor | ☐ Tweezers |
| ☐ Shaving Cream | ☐ After Shave |
| ☐ Nail Clippers | ☑ Nail Polish |
| ☐ Soap | ☐ Soap Dish |
| ☐ Toothpaste | ☑ Mouthwash |
| ☐ Baby Powder | ☐ Talc |
| ☐ Shampoo | ☐ Conditioner |
| ☐ Hair Grease/Gel | ☐ Deodorant |
| ☐ Perm Kit | ☐ Mirror |
| ☐ Nail Polish | ☐ Foundation |
| ☐ Makeup Ball | ☐ Blush |
| ☐ Mascara | ☐ Other: |

### Tobacco Items

| | |
|---|---|
| ☐ Pipe Tobacco | ☐ Chewing Tobacco |
| ☐ Other Tobacco | ☐ Cigarette Lighter |
| ☐ Tobacco Pouch | ☐ Cigarette Case |
| ☐ Cigarette Roller | ☐ Smoking Pipe |

### Other Items

| | |
|---|---|
| ☐ Immersion Heater | ☐ Tumbler |
| ☑ Bowl | ☐ Can Opener |
| ☐ Shoe Polish | ☐ Extension Cord |
| ☐ Batteries | Size: |

## PERSONAL ITEMS

| | |
|---|---|
| ☐ Photo Albums | ☑ Photos |
| ☐ Cassette Tapes | ☑ CDs |
| ☐ Religious Medallion | ☐ Ring G S |
| ☐ Chain G S | ☐ Earrings G S |
| ☐ Watch G S | ☐ Wallet |
| ☑ Prescription Glasses | ☐ Sunglasses |
| ☐ Handkerchief | ☐ Wash Cloth |
| ☐ Magazines | ☑ Books |
| ☑ Address Book | ☐ Calendar |
| ☐ Shoe Horn | ☐ Shaving Bag |
| ☐ Brush | ☐ Comb |
| ☐ Cosmetic Bag | ☐ Perm Rods |

### Clothing Items

| | |
|---|---|
| ☐ B/B Hat | ☐ Watch Cap |
| ☐ Head Band | ☐ Gloves |
| ☐ Shower Thongs | ☐ Slippers |
| ☑ Sweat Pants | ☐ Sweat Shirt |
| ☐ Tennis Shoes | ☐ Raincoat |
| ☑ Thermal Top | ☐ Thermal Pants |
| ☐ Bras | ☐ Panties |
| ☐ Gym Shorts | ☐ Athletic Supporter |
| ☐ Slip | Shower shoes |

### Games

| | |
|---|---|
| ☐ Chess | ☐ Checkers |
| ☐ Dominoes | |

### Other

① Upper + lower dentures pair
② TV cable in cell 3/16/13
③ Prescription glasses
④ 3 bottles Selenium topical lotion
⑤ bottle Atorvastatin
⑥ Box Rectal Suppositories
⑦ Wedge Pillow to cell 3/14/13

### Hobby Items
Battery charger

① Back brace elastic
② 4 inch Audio cable to cell 3/14/13
③ ear buds (1) pair in cell 3/16/13

## NON-EXPENDABLE ITEMS

| | |
|---|---|
| ☑ Televisions Zenith | ☐ A/C Adapter |

Operational ☐ Yes   ☐ No

Model: 6 Tol6X8C1b0025S

SR/N: _____

Sony 6051278

| ☐ CD/Cassette Player | ☐ A/C Adapter |
|---|---|

Operational ☐ Yes   ☑ No

Model: _____

SR/N: _____

| ☐ Radio | ☐ A/C Adapter |
|---|---|

Operational ☐ Yes   ☐ No

Model: _____

SR/N: _____

| ☐ Musical Instruments |
|---|

Operational ☐ Yes   ☐ No

Type: _____

Model: _____

SR/N: _____

| ☐ Typewriter |
|---|

Operational ☐ Yes   ☐ No

Model: _____

SR/N: _____

| ☐ Fan |
|---|

Model: _____

| ☐ Lamp | ☐ Electric Shaver |
|---|---|
| ☐ Blow Dryer | ☐ Hair Dryer |
| ☐ Curling Iron | ☐ Hair Rollers |
| ☐ Pressing Comb | ☐ Calculator |

All nonoperational items shall either be repaired, sent home, or disposed of. Note disposition of the item below:

| Inmate's Signature Noting Disposition | Date |
|---|---|

| TO BE SIGNED UPON INVENTORY OF THE INMATE'S PROPERTY | TO BE SIGNED UPON RETURN TO THE INMATE |
|---|---|
| The above listed items constitute all of my personal property which I am authorized to retain. | I have received all the above listed personal property or have noted any discrepancies below. |
| INMATE'S SIGNATURE: RtS   DATE: 3/17/13 | INMATE'S SIGNATURE:   DATE: |
| RECEIVED IN R&R BY:   INSTITUTION   DATE | |

All property being disposed of per CCR Section 3091 shall be listed on a separate Inventory.
Sgt R. Amaya

Distribution: Original: R&R   Copy: Inventory Officer   Copy: Inmate   Copy: Retained in Property being Shipped/Transported

17

STATE OF CALIFORNIA
# INMATE PROPERTY INVENTORY
CDC 1083 Rev (2/00)

| INMATE'S NAME | NUMBER | PRIVILEGE GROUP | INSTITUTION | DATE |
|---|---|---|---|---|
| Lucci | K33110 | | RVSP | 10-24-13 |

| PROPERTY INVENTORIED BY | TITLE | REASON FOR INVENTORY | NUMBER OF BOXES |
|---|---|---|---|
| Matamoros | C/O | Trans Pack | |

## CANTEEN ITEMS

| | | | |
|---|---|---|---|
| ☐ Cereal | ☐ Cheese | | |
| ☐ Cocoa | ☐ Cookies | | |
| ☐ Crackers | ☐ Creamer | | |
| ☐ Dry Meat | ☐ Dry Drink Mix | | |
| ☐ Health Food | ☐ Protein Supplement | | |
| ☐ Vitamins | ☐ Soup | | |
| ☐ Nuts | ☐ Sugar Cubes | | |
| ☐ Tea | ☐ Instant Coffee | | |
| ☐ Soda | ☐ Peanut Butter | | |
| ☐ Jelly | ☐ Chips | | |
| ☐ ..... | ... Rinds | | |
| ☐ Hot Sauce | ☐ | | |

### Stationary Items
- ☑ Envelopes  ☑ Stamps
- ☑ Stamped Envelopes  ☑ Greeting Cards
- ☑ Writing Tablets  ☑ Stationary
- ☑ Pencil Sharpener  ☑ Pens
- ☑ Writing Paper  ☑ Pencils Color

### Hygiene Items
| | |
|---|---|
| ☐ Razor | ☐ Tweezers |
| ☐ Shaving Cream | ☐ After Shave |
| ☐ Nail Clippers | ☐ Nail Polish |
| ☐ Soap | ☐ Soap Dish |
| ☐ Toothpaste | ☐ Mouthwash |
| ☐ Baby Powder | ☐ Talc |
| ☐ Shampoo | ☐ Conditioner |
| ☐ Hair Grease/Gel | ☐ Deodorant |
| ☐ Perm Kit | ☐ Mirror |
| ☐ Nail Polish | ☐ Foundation |
| ☐ Makeup Ball | ☐ Blush |
| ☐ Mascara | ☐ Other: |

### Tobacco Items
| | |
|---|---|
| ☐ Pipe Tobacco | ☐ Chewing Tobacco |
| ☐ Other Tobacco | ☐ Cigarette Lighter |
| ☐ Tobacco Pouch | ☐ Cigarette Case |
| ☐ Cigarette Roller | ☐ Smoking Pipe |

### Other Items
| | |
|---|---|
| ☐ Immersion Heater | ☐ Tumbler |
| ☐ Bowl | ☐ Can Opener |
| ☐ Shoe Polish | ☐ Extension Cord |
| ☐ Batteries | Size: |

## PERSONAL ITEMS

| | |
|---|---|
| ☐ Photo Albums | ☑ Photos (mult.) |
| ☐ Cassette Tapes | ☑ CDs (mult.) |
| ☐ Religious Medallion | ☐ Ring G S |
| ☐ Chain G S | ☐ Earrings G S |
| ☐ Watch G S | ☐ Wallet |
| ☑ Prescription Glasses | ☐ Sunglasses |
| ☐ Handkerchief | ☐ Wash Cloth |
| ☐ Magazines | ☐ Books |
| ☐ Address Book | ☐ Calendar |
| ☐ Shoe Horn | ☐ Shaving Bag |
| ☐ Brush | ☐ Comb |
| ☐ Cosmetic Bag | ☐ Perm Rods |

### Clothing Items
| | |
|---|---|
| ☐ B/B Hat | ☐ Watch Cap |
| ☐ Head Band | ☐ Gloves |
| ☐ Shower Thongs | ☐ Slippers |
| ☐ Sweat Pants | ☐ Sweat Shirt |
| ☐ Tennis Shoes | ☐ Raincoat |
| ☑ Thermal Top | ☐ Thermal Pants |
| ☐ Bras | ☐ Panties |
| ☐ Gym Shorts | ☐ Athletic Supporter |
| ☐ Slip | |

### Games
| | |
|---|---|
| ☐ Chess | ☐ Checkers |
| ☐ Dominoes | |

### Other
Hot Pot. (1)          RDA-Wedge
EAR phones (1)        Tweeze-the...
Color Pencils
R&R Glasses
Back Brace (1)

### Hobby Items
Various Legal + Personal
paperwork, Letters, Envelopes
Various Personal Hygiene
Books
Various Religious Books

## NON-EXPENDABLE ITEMS

| | |
|---|---|
| ☑ Televisions | ☐ A/C Adapter |

Operational ☑ Yes  ☐ No
Model: Zenith
SR/N: #2056

☑ CD/Cassette Player  ☐ A/C Adapter
Operational ☑ Yes  ☐ No
Model: Sony  D-FJ003FP
SR/N: 6051278

☐ Radio  ☐ A/C Adapter
Operational ☐ Yes  ☐ No
Model: _____
SR/N: _____

☐ Musical Instruments
Operational ☐ Yes  ☐ No
Type: _____
Model: _____
SR/N: _____

☐ Typewriter
Operational ☐ Yes  ☐ No
Model: _____
SR/N: _____

☐ Fan
Model: _____

| | |
|---|---|
| ☐ Lamp | ☐ Electric Shaver |
| ☑ Blow Dryer | ☐ Hair Dryer |
| ☑ Curling Iron | ☐ Hair Rollers |
| ☐ Pressing Comb | ☐ Calculator |

All nonexpendable items shall either be repaired, sent home, or disposed of. Note disposition of the item below:

_____
_____
_____

| Inmate's Signature Noting Disposition | Date |
|---|---|

---

| TO BE SIGNED UPON INVENTORY OF THE INMATE'S PROPERTY | TO BE SIGNED UPON RETURN TO THE INMATE |
|---|---|
| The above listed items constitute all of my personal property which I am authorized to retain. | I have received all the above listed personal property of which I noted any discrepancies below: |
| INMATE'S SIGNATURE _____ DATE 10-24-13 | INMATE'S SIGNATURE _____ DATE 10-24-13 |
| RECEIVED IN R&R BY _____ INSTITUTION _____ DATE _____ | |

All property being disposed of per CCR Section 3091 shall be listed on a separate inventory.

D. CLAIMS CLAIM III TO Relate

The Following Civil Rights Have Been Violated

A "Hecker" Claim As A Independent
Party of the Class Action Coleman Case For (CHER).
Upon "Totality of Conditions" Theory
Palmer V. Johnson, 193 F.2d 346 (5TH cir. 1999)
That Create A Single Identifiable Harm,
Wilson V. Seiter, 501 U.S. 294, 3rd (1991).

Risk of Suicide Due To Public Cells.
of No TV in DSU she p94, & Lack of
Medical Care & Lock of A Benzodiazepine
For Psych Care. (1e) Custody, Mental
Health Staff & Mental Staff W/ Concern to
Pay Single Celling & Medical & Psych Care /
4/ Plan & Suddenly Wanted To Kill Myself
24/7 - For Emotional, Mental, Physical
Pain Via Torture in Ad Seg Psy Shu Since
my 11-27-11 Cell Rape. 4 The Mgt
who To get A Cell, more Because of my
Numorous Mental Psych Disorder, 4
Custody Would Not Do it As No one
Would Cell Up w/ me & Fibio 4 Refuse
To Cell - up (- Mark Wilson Raplis me?
To get Rid of Me.

1004498

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** AD - SEG

| REQUEST FOR: | MEDICAL ☑ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☑ |
|---|---|---|---|---|

NAME ARTHUR JOE Lucci

CDC NUMBER K-33910

HOUSING D2-116

PATIENT SIGNATURE A.H. Mann

DATE 11/29/12

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) NEED to SEE A DOCTOR BECAUSE
I WAS RAPED By MY CELLIE IN D2-114 on 11/26/12. THE RN DID A 7410 I WAS INFORMED BUT No RAPE KIT. I WANT B/COD TEST FOR HIV/AIDS DONE & MY STOOLS ARE DIARHEA & BLOOD WITH SICK & PAIN IN ANUS & INTESINAL STOMACH AREA AS A EMT & BACK IS HURTING TOO

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | | Received by: | |
|---|---|---|---|
| Date / Time Reviewed by RN: | 12/03/12 @ 1015 | Reviewed by: | M. BECINA RN |

S: | Pain Scale: 1 2 3 4 5 6 7 8 9 10

Duplicate CDC 7362 see other form dated 12/03/12 - 4/learic

O:   T:      P:      R:      BP:      WEIGHT:

A:

P:

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY  M. Becina, RN | | NAME OF INSTITUTION  KVSP | |

| PRINT / STAMP NAME  M. Becina, RN | SIGNATURE / TITLE  y Lecini | DATE/TIME COMPLETED  12/03/12 @ 1040 |
|---|---|---|

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (If copayment applicable)   Pink - Inmate Trust Office (If copayment applicable)

Confidential Saved 2013-05-14T16:16:46Z

ART TORLUCCI K=33910/A4-101 PSU

CSP SAC PO B 290066

REPRESA, CA 95671

CCD HC 130355778 STATED IN CCF
TEHACHAPI ENDED IN CSP-SAC — NEW FOLSOM
RELATED TO ACG02 -SAC -H- 14 -00443

IN THE U.S.E.D.C.
SACRAMENTO DIV.

ARTHUR TORLUCCI

CDCR SECRETARY — JEFFERY BEARD et al;
MATTHEW CATE
WARDEN; VERA CASTRO et al:

42 USC 1983
CIVIL ACTION

NO. _____

PLAINTIFFS 1983 OPENING BRIEF IS
PENDING IN 9TH CIRCUIT 4 HE
ENJOYS IN FORMA PAUPERIS
STATUS, STILL INDIGENT SINCE
2003 4 UNDER MOTION TO
RELOTE, COMES FOR A TEMPORARY
RESTRAINING ORDER, 4 ORDER TO
SHOW CAUSE FOR A PRELIMINARY
INJUNCTION. UNDER SEVERAL
ISSUES FUNNELED INTO
THE PENDING CLASS ACTION
BY THE PRISON LAW OFFICE IN SAN QUENTIN by COLEMAN C
CASE LAWYERS. ROSEN, BIEN GALVAN & GRUNFELD LLP,

FOR HECKER (Ie) DISCRIMINATION OF CCCMS/ECP
INMATE LAYOFFS — ESPECIALY IN APU al SHU AS PLAINTIFF
IS ILLEGALY BEING HELD IN PSU (PSYCHIATRIC SECURITY UNIT)
A. ECP/SHU VIA RETALIATION FOR HIS 1983 ACT. 13-16338
D BY CCF TEHACHAPI SHU THROUGH CSP-SAC, ICC/IDTT.
AND "SECURITY" FEES 4 INFORMA PAUPERIS SHOULD BE WAIVED
SEE: MILLER V. CARLSON, 768 F. Supp. 1331, 1340 (N.D. Cal 1991)

* MOTION TO RELOTE TO:
USEDC (FRESNO DIV.)
** 9TH CIR # 13-16338
* DC # -CV-13 -00443 -SFU
AND FOR "HECKER" (PLO.OB)
** TRO UNDER RULE 65(C)
OF F.R. CIV-P. 4 OSC.
** FOR PRELIMINARY INJUNCTION
*

Upon the complaint, the supporting affidavits of Plaintiffs,
& the memorandum of law submitted herewith, it is:

Ordered that Defendants Jeffery Beard, Matthew Cate,
Vera, Lt. Sparks, case manager Mr. Costa Ph.D, case manager
Carey Ph.D, Dr. Hamkar, MD, Bonnie Sculpt (RN),
Faualesia (LVN), Jane Poe CSP-SAC Medical Records For
Olsen Review of UHR; CCA couch; A. Nappi-4kc/DNP
et Saint Joaquin Hospital [under each contract. & specified personal. TRO.]
Show Cause in Room _____ of the U.S. courthouse,

[ E. Dist. - 501 I street, ste 4-L401, Sacramento, CA 95814 ]
on the day ___ of ___ 2014, at ____
-o'clock, why a preliminary injunction should not issue
pursuant to Rule 65(a) of the Federal Rules of
Civil Procedure- enjoins the Defendants, their successor in
in office, Agents & employees and all other
persons acting in concert & participation with
them, from _____

Discriminating against prisoner in a PSY As EOP-
that has a stigma attached to it, got here for dons
a recall of commitment & compassionate release via BPH
for single cell status for 13 years now due to maardiesis
or paracyporsis (inability to urinate & eliminate with a cellmate)
Also being raped by a cellie because of it & now
turns to retaliation under Hecker with a reverse
discrimination claim of being a Italian American

FROM NEW JERSEY, CLASSIFIED WRONGLY AS "WHITE" —

UNDER CALIFORNIA KKK AND SURESENO GANG CLAIMS —
FOR BEING A MINORITY IN CALIFORNIA ITSELF LET ALONE
CDCR. BLACKS AND MEXICANS & WHITES ARE ATTACKING
PLAINTIFF PHYSICALLY VERBALLY EMOTIONALLY IN E OF GROUPS
LAW LIBRARY & LAUNDRY & KITCHEN PORTERS & PRISON
OFFICIALS REFUSE TO DO ANYTHING TO PROTECT PLAINTIFF
IS DOER. ISU IGNORE HIS PLEAS FOR HELP TO.

ICC HAS NOW M.D.O. (PRISONER) ON 4-17-14 WITH NO "
VIOLENT HISTORY INSIDE OR OUT OF PRISON, & "ACTUALLY INNOCENT
OF HIS 2nd DEGREE MURDER CONVICTION IS 1996 & NOT ON
PSYCH MEDS SINCE 2010-11 & PAROLE (PSYCHS) REFUSE
TO TAKE HIM OFF CCCMS & PUT HIM ON E OF TOO(BOO)
WHEREIN HIS CONDITION PSYCHO SOMATICLY DETERIORATES DUE
TO PHOBIAS — AGORAPHOBIA SPECIFIC PHOBIA (DARKNESS
BLOOD COMPLEX) XENOPHOBIA MONOPHOBIA, BATING PHOBIA
CLAUSTROPHOBIA, PHONOPHOBIA, PHOTOPHOBIA . THAT
EXACERBATES HIS UNTREATED:— DIABETES, HEP-C STAGE
IV, HEART MURMUR & ASCENDING AORTIC ANEURISM (FM),
FIBROMYALGIA, LUPUS/SARS, NEUROPATHY, ARTHRITIS —
— OSTEOPOROSIS, SINUSITIS/DISLEPIDEMIA/ASTHMA CAXO (GORD hernia)
GALLSTONE, GALLBLADDER CHOLECYSTITIS, MIGRAINS CLUSTER
& TENSION HEADACHES, TRIGGERING TOURELLES SYNDROME
ALL FISH TAILED INTO A "AGGRAVATED STRESS DISORDER"
WITH NO PERSONALIZED CARE NO MEDICAL APPLIANCES — ALL
RESCINDED — AND BEING GIVEN IBUPROFEN/TYLENOL &
IMITREX — THAT IS A TICKING TIME BOMB FOR HEART, KIDNEY
& LIVER — KILLING VICTIM TORLUCCI SLOWLY PLAYING RUSSIAN

Rulette changes a Hair Trigger At his
Heart cautious alone is a ticking time Bomb.
So Joaquin Hospital - Does not send phi-type cardio
echo 6mm from Jan. July csp-sac MD. Hamton says.
yet RN Bonne Swift says it came back & Nothing
is wrong with My Heart - At the cardio -echo 6mm
Tech told me Heart murmurs Appearance of I mean
A follow-up CAT scan w/ a Cardiologist For my
(AAA) Asceables Aortic Aneurysm, that DR. Hamton
is skirting. with All other Medical care
On 4-8-14 I Had A chronic care Visit & He
Did nothing - not even A Blood Draw. Saying
All tests are A-ok - when No tests Have
Been ordered by Him in CSp-sac. From
Arrival 11-27-13 to present. except A prostate
exam & Found a overly Enlarged prostate &
refuses to Medicate it with a pill To stop axenactive
Bladder or order a prostate cancer test at me 54
years old power (5 years is Prison. RN Bonne
Swift Does Not Forward The FYQ -sick call
Slips to him He says Are she Documents it
or so-& He Does not - yet goes into my UHR File
And my 4-8-14 chronic care visit is not
on computer or my UHR. Just like All my
Tests From other passed - And BakenField
Hospital CACH CHENTE Collections send me Bills
To pay For my 11-30-12 Rape Kit - That No
Evidence was secured as no Rape Kit was actually
performed & no records Are in my UHR &
(No Mental Health records From CSp-sac

Are being supplied via ? see R-view ? At no
C-file Records Are being given to me either
For Rope Act, Rules, comprehensive Information
CDCR-? submitted on 2-26-13 in KVSP For Permanent
Single cell Recomendation by Coleman People ?- A KVSP
Intt meeting w/ Head Honchor From Sacramento on
Telephone TV, conference Onpcries A C-cat
To, which KVSP-CCI & CSP-SAC Claims in No
where to Be Located, And is the Core of 1983
civil-Act Penders in 9th CA. 13-16338 ?- A KVSP
HC 602 13-03386, That Respondents have No Defense
For ? Refuse to Reply To my Options, Brief
And Double celling is cruel is A Underground Rule
Still - Only Adopted in 2008 not Approved Legally By
(OAL) office of Administrative Law -
            which presses me to CSP-SAC ? L. Spates
Finding me Guilty of A RVR (115) # CSP-SAC D/S03-04
For inability to Produce A Urinalys For A so called Random
Test (Dulls ? Group in ETC) that only eight were
being Tested From PSY, Refusing To Give me A Blood
Draw, or Go To my cell to Do it AS others were
Allowed to Do it in their cells, my Neighbor "Ford"
is A5-13/ Did it in his cell, suicide ??
And I will Get A 12 mont Test now AS L. Spates
is calling it A Mandatory Random Drug Test in which
I ? I Do not Fit/Criteria For A Random Drug.
Test (if it were Really Random) & is Discrimatly
ESP - As Targets -

#7 - LT. STARKER SAID ALL CDCR PRISON ARE
NOW PUBS & WHEN I TOLD HIM A MANDATORY
RANDOM URINALYSIS IS NOT LEGALLY IMPLEMENTED YET
ONLY PROPOSED & IS CLEARLY WRONG & ILLEGAL.
LT. HE IS RIGHT ABOUT ALL CDCR PRISONS PUBS
IF THEN IT IS NOT EXEMPT AS A LOCAL RULE
9/15 A UNDERGROUND RULE - ILLEGAL
TO STACK UP 115 TAU / BOUT / (ILLEGAL) FOR 12
MONTHS (NO BLOOD DRAWS BEING DONE) TO MAKE
BOTH DR & my JOB LIKE HEARLY RECALL OF
COMMITMENT / COMPASSIONATE RE-ENTRY MED KOP FORM
& DR'S ME STEP IV PSY PRIVILEGES UNDER (BPT)
BEHAVIORAL INCENTIVE PRIVILEGES - SO I DO NOT GET
MY LOWER TV, OR ORDER ONE FROM A VENDOR OR
GET FOOD, CLOTHING PACKAGE THAT I WAS ELIGIBLE
FOR ON 11-27-13. NOW LOWER T.V.'S ARE BEING
ISSUED TO PSY INMATE / PATIENT WITH NO SENTENCES
WHILE CSP-SAC HAS A LOCAL RULE EXEMPT FROM
NEW TITLE 15, NOT LETTING ENTERTAINMENT APPLIANCES
IN CDCR - AS CSP-SAC ALLOWS INMATES TO GET
SPEAKERS VIA VENDORS COMPANIES. PERSONALLY.
CASE MANAGER & PSYCHIATRIST REFUSE TO COME
TO MY MD FOR BLOOD DRAWS FOR URINALYSIS, SO NOW
DR. HAMTON MD. LT. STARKER IS ARBITRARY & WRONG.
PLUS I DO NOT CHOOSE NOT HAVE my / DIFFICULTS

THAT ARE BEING WITH HOLD IS RARE WITH MY LEGAL
PROPERTY. FOR MY ITS HEARNG, ¶ THE PISSUIT PLAN
ITS X / BUT ITS FOUND MY RUN WAS DUE TO ∮∮AUNESIS
¶ LT. DANKEL SAID IF MY COMPREHENSIVE INFO CHRONO
WAS IN MY C-FILE HE WOULD OF FOUND ME NOT GUILTY
YET — I SUBMITTED MY UHR PSYCH DIAGNOSIS —
OF 13 YEARS FOR ∮∮AUNESIS, SO HE IS A TYRANT!
NOW I.C.C. ACTING WARDEN, CHAMPLAIN IS TRYING TO
TAKE MY SINGLE CELL STATUS FROM ME — AS HE GAVE
ME S.C.S. ON 1-30-14 AT MY ANNUAL I.C.C. / I.O.T.T.
MDO'd ME TRYING TO KICK ME OUT TO A YARD.
WITH KNOWN ENEMIES, (1 FROM MULE CREEK)
WHO IS A INSTIGATED "ABINIA" — PLUS HOW MANY
WARDEN "MURPH-AKA HOAN CAO" — EXTORTING ME,
MAKERS THREATS FOR BUGIN HIM VIA HIS SUPERVISOR
A-NAFFI, AS "MURPH" TOLD ME HIS BOSS TELLS
HIM TO THROW AWAY MY LEGAL PROPERTY I SAID
TO HIM FOR COPIES ¶ SUPPLIES. SAME WITH
LAUNDRY WORKERS ¶ THEIR SUPERVISOR ON A DAIRY
GIVES ME DIRTY LAUNDRY, WITH HOLES
¶ NO JACKET ∮LANKETS / PLA THERMALS FROM
A SUB CHRONO, OF MACHINTING FOR NAMES/PAY
PLUS MY CAT/GLOBULIN CHRONO (COLD ∮LOOD ALL
YEAR ROUND) A-NAFFI SENIOR LAW LIBRARIAN
DENIES MY PLU STATUS, GCE PASSES SYSTEM

THIS CAN BE CONSTRUED AS A HABEAS corpus
And on the same Token, no case Law exist for
- Money Not Being Allowed Punitive Money
Damages on Habeos - except one / in Another
Jurisdiction - (ie) No Sentencing Scrutis exist for me
4 is a mandatory Pre-Sentence - AT BEST - in fact it is a
mandatory Reversal see Griffin v. Johnson ) ua
self

# IT IS Further ORDERED

THAT effective Immediately, & pending the Hearing &
determination of this Order to show cause, the Defendants
[ All aforementioned Above ] & each of their officers,
Agents, employees, & All Persons (including inmate workers)
Acting in concert or participation with them, Are
Restrained from & Denying me Benzodiazepines pain
Killers, methadone, morphine, Oxycontin, Tylenol 3, SOMA (a
muscle relaxer or Baclofen), Medical Devices, ortho shoes
Transition Bifocals, medical mattress/pillow, wedge pillow,
Back brace, cane, Hearing aid, TENS price unit,
Can flus), Tiger Balm, Thermals (pja), All of
which I had over 18 years in each.

And Denying me a larger T.V, compensation for Broken/Lost
T.V, One From Vendors with Speakers. As I
cant use earbuds - with this & Hearing Aids.

STOP Grubs me Random & Mandatory DNS TEST & aron
ESA SQUASH My RUN D/S14=03-24 (On A Loop
Order Blown Draws For U). STOP PONYING Me
Access to Counts By Denial of Law Library
ALU/GLU -proghy system.
Stop Denying me PSU STEP TU Particular
Take me off of EOP. oct of PSU.

STOP Skirting & Circumventing sick call slips &
Hospital Removal - & Other Reviews of UHR -&
C-File.
Stop Trying to Double cell me, keep me at a
Lower Tier (as I have a Upper Tier Chrono in
my complehensive 1A° CHRONO - & Find it
or Redo it Anew - If it was Never Really
Done The P. It as Sacramento Headquarters,
or Policy to De Rune WITH (COAT)
(& I have no Bottom Tier Chrono) STOP Making
me walk to Chow & Cat in Chow Hall (as I
Can not & Do not - & Stop Making me Stance
& Misgans, Mal notritin etc).
STOP Retaliating, Discriminating me as EOP
Pepper spraying me, Reverse Discriminating on
me, Delaying my Recall of commettment Bring
Processed. Ula C & PA — to BPH
STOP Illegally Holding me & Continue with Mo
Sentence Cits scrutt, or Recond since Trial
& send proper law to Trial court to Resentence me.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief: All Injunctions In These Two Actions (Habeas Too) are Authorized By 28 USC Sect. 2201 & 2202. (&) Declaratory Relief Via 28 USC Sect. 2283 & 2284 & Rule 65 of F.R. Civ. P.,

Since Being In CSP SAC I Have Not Been able To get (6v) exhausted (non even not Rejected or Corrected) only Health Care HC6v) yet Processed, & Have Been Told To Stop Suing (6v) & HC6v) . Now Grand 1 Is In May Causing Sleep Deprivation (A New Policy By CNCA) on top of Sensory Deprivation.) & an The Underground Policy of (MRCP) & that I was giut A U1/5/FSM on 3-14-14 not legal until 3-18-14. Must Be Quashed.

6-29-14
_____
(Date)

_____
(Signature of Plaintiff)

I, ARTHUR TORLUCCI _____ declare under penalty of perjury that: I am
the P.... OWNER in the above entitled action; I have read the foregoing documents
ar_ _ contents thereof and the same is true of my own knowledge, except as to matters
s' _ upon information, and belief, and as to those matters, I believe they are true.

_ 29 day of AUGUST , 20 14 , at Salinas Valley State Prison,
.A 93960-1050.

(Signature) _____

DECLARANT/PRISONER

---

## PROOF OF SERVICE BY MAIL

I, ARTHUR TORLUCCI _____ , am a resident of California State Prison, In the
County of MONTEREY, State of California; I am over the age of eighteen (18) years and am/am not a
party of the above entitled action. My state prison address is: P.O. Box _____ CA 93_____
REPRESA, CA

On AUGUST _____ 20 14 I served the foregoing: Application For Leave
To File Second or Successive Petition and Motion w/Rule 22-3
wit a Proposed Pet. For Writ of Habeas Corpus of a Copy of Pending
CI.., 2.' Court Case. S212864 State & Federal Proceeding offers
(Set forth exact title of document(s) served) 28 U.S.C

herein by placing a true copy(s) thereof, enclosed in sealed envelope(s) with postage
paid in the United States Mail in a deposit box so provided at _____ Valley State
AND CA 93_____ ... 0061 Re: Merong 75th
UNITED CONST. AMND.U.S. Fed ct.
... NINTH CIRCUIT. 14-200
... 95 7th ST. # 4-200
... SACRAMENTO 93BCA 95814
(List parties served)

... ery service by United States Mail at the place so addressed, and/or there is regular
... n by mail between the place of mailing and the place so addressed.

... der penalty of perjury that the foregoing is true and correct.

AUGUST 29 , 20 14

_____

DECLARANT/PRISONER

