Art Tolucci K-33916 AY 102
CSP SAC PUB 290061
R-Prison CA 7567.

FILED
JUL 01 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

In U.S. East. Dist. ct of

Art Tolucci
  v.
Adw Meier et.al.

2:14 CV 1554 DAD (PC)
No

- Motion -

Declaration of Indigency
& To Stay &/or Abey Informa Pauperis
Application Filings
28 USC 2201 2202

I Declare I'm indigent & have been since 2002. I have Pending Fee waivers for various court cases. I have in route a Informa Pauperis certification by my CCI R. Jobson, that must go through Trust office & Litigation before He gets it & comes to me to verify it & mail it out Himself.
I have no control over this time consuming out dated CDCR procedure. Other prisons revamped it for a easier & more efficient process. I have 2 coming to this court 1 for Habeas & 1 for
Apply to stay &/or abey their filings for fee waivers. 1983 42 USC... & Should down for crim. File go too!

To: CTC
PHYSICAL THERAPIST.

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

**HEALTH CARE SERVICES REQUEST FORM**

0006963

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.

REQUEST FOR: MEDICAL ☒  MENTAL HEALTH ☐  DENTAL ☐  MEDICATION REFILL ☐

NAME: Torlucci
CDC NUMBER: K-23910
HOUSING: B2 116
PATIENT SIGNATURE: [signature]
DATE: 12/1/12

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem): I came in, sup w/ my medical mattress & R+R says it to me my medical mattress (pressure pad) was frozen left in D2 114, on confiscated & not in my property or issued to me in AD-seg. I am without the extra state mattress that goes with it.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

Date / Time Received: 12/8/12 0855  Received by: [signature]
Date / Time Reviewed by RN: 12/8/12  Reviewed by: J. Meda, BSN, PHN

S:   Pain Scale: 1 2 3 4 5 6 7 8 9 10

O: T:   P:   R:   BP:   WEIGHT:

A:
P: Referred to MD
☐ See Nursing Encounter Form

E:

APPOINTMENT SCHEDULED AS:  EMERGENCY (IMMEDIATELY) ☐   URGENT (WITHIN 24 HOURS) ☐   ROUTINE (WITHIN 14 CALENDAR DAYS) ☐

REFERRED TO PCP:   DATE OF APPOINTMENT:
COMPLETED BY: L. Estrada, RN   NAME OF INSTITUTION:
PRINT/STAMP NAME: L. Estrada, RN   SIGNATURE/TITLE: [signature]   DATE/TIME COMPLETED: 12/10/12 @ 0850

CDC 7362 (Rev. 03/04)  Original - Unit Health Record  Yellow - Inmate (if copayment applicable)  Pink - Inmate Trust Office (if copayment applicable)  Gold - Inmate