Art Petrucci CSP-SAC
K-37940
To Clerk of Court

In the U.S. East Dist. Ct.

**FILED**
JUL 0 1 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY CLERK

Art Petrucci
v.
Act Warden Mclean

On 1983 #
On 2:14-cv-1554 DAD
On Habeas #

— These two petitions are based on event that started in Kern Valley State Prison — through CCI Tehachapi 5+9 into CSP-SAC ... that do not change — as a CDCR policy — not a particular prison policy!

They are interrelated too! In that they compliment each other.

With a 1983 pending in 9th cir
13-13668

& Habeas Corpus & certiorari exhausted in Central Dist. of Calif US Supreme Ct. for a recall of sentence commitment!

[signature] 5-4-14

1004519

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☒ |

**NAME:** Tortucci  
**CDC NUMBER:** K-33910  
**HOUSING:** B2-116L  
**PATIENT SIGNATURE:** [signature]  
**DATE:** 12/9/12

**REASON YOU ARE REQUESTING HEALTH CARE SERVICES.** (Describe Your Health Problem And How Long You Have Had The Problem):
On 6/3 Dr. Allen re-ordered all my meds as RX, but still have not gotten my Naproxen as RX, still does by RN. I also get Fiberlax & suppositories for hemorrhoids (after colonoscopy in mid August) & have diarrhea w/blood & need them for. Please send the above medications RX. WM.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

### PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

**Date / Time Received:** 12/9/12  0810  
**Received by:** J. Meda, BSN, PHN  
**Date / Time Reviewed by RN:** 12/9/12  0810  
**Reviewed by:** [signature]

**S:**  Pain Scale: 1 2 3 4 5 6 7 8 9 10

**O:** T:  P:  R:  BP:  WEIGHT:

**A:**  
**P:** Referred to MD ~~for refills~~  
☐ See Nursing Encounter Form

**E:**

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |

**REFERRED TO PCP:**  
**DATE OF APPOINTMENT:**  
**COMPLETED BY** J. Meda, BSN, PHN  
**NAME OF INSTITUTION:** KVSP  
**PRINT / STAMP NAME:**  
**SIGNATURE / TITLE:** J. Meda, BSN, PHN  
**DATE/TIME COMPLETED:** 12/9/12  0810

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

Confidential Saved 2013-05-14T20:16:46Z